THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO KRANZER, Alias, etc., Appellant.— Judgment of conviction of the County Court of Kings county reversed, and indictment dismissed, upon the ground that the evidence was insufficient to warrant a conviction, for the following

reasons: (a) That the representation that defendant was interested in the automobile was not substantially variant from the truth in any view of the evidence; and (b) that the evidence did not clearly establish that defendant acted with any felonious intent. Blackmar, P. J., Mills and Rich, JJ., concur; Kelly and Manning, JJ., dissent and vote to affirm.